Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–19302–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Melissa Panniel
  43 Sherbrooke Road
  Ewing, NJ 08638

Social Security No.:
  xxx–xx–8681

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 8/14/19 at 09:00 AM

to consider and act upon the following:

*140* – Creditor's Certification of Default (related document:107 Motion for Relief from Stay re: 43 SHERBROOKE ROAD, EWING TWP, NJ 08638 NKA 43 SHERBROOKE RD, EWING, NJ 08638–2416. Fee Amount $ 181. filed by Creditor HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005–RP1, Motion for Relief from Co–Debtor Stay of DONALD C. PANNIEL, 116 Order on Motion For Relief From Stay) filed by Kevin Gordon McDonald on behalf of HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2005–RP1. Objection deadline is 07/16/2019. (Attachments: # 1 Proposed Order # 2 Exhibit "A" # 3 Exhibit "B" # 4 Certificate of Service) (McDonald, Kevin)

Dated: 7/17/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court