Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16–19302–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Melissa Panniel
    43 Sherbrooke Road
    Ewing, NJ 08638

Social Security No.:
    xxx–xx–8681

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 8/14/19 at 09:00 AM

to consider and act upon the following:

*141* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 7/24/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 7/17/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-19302-MBK
Melissa Panniel                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jul 17, 2019
                              Form ID: ntchrgbk     Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
db              +Melissa Panniel,   43 Sherbrooke Road,   Ewing, NJ 08638-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
           alex@winstonandwinston.com
          Andrew L. Spivack    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 nj.bkecf@fedphe.com
          Candyce Ilene Smith-Sklar    on behalf of Debtor Melissa  Panniel mail@njpalaw.com,
           r56958@notify.bestcase.com
          Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 cwohlrab@logs.com,  njbankruptcynotifications@logs.com
          Craig Scott Keiser    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 craig.keiser@law.njoag.gov
          Craig Scott Keiser    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           GSMPS MORTGAGE LOAN TRUST 2005-RP1 craig.keiser@law.njoag.gov
          James Patrick Shay    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 jpshay@mdwcg.com,  jpshay@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
           for GSMPS Mortgage Loan Trust 2005-RP1 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
           FOR GSMPS MORTGAGE LOAN TRUST 2005-RP1 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Robert  Davidow    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           GSMPS Mortgage Loan Trust 2005-RP1 nj.bkecf@fedphe.com
                                                            TOTAL: 13