| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 | **Order Filed on September 3, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 16-19302 MBK |
| In Re:<br>     Melissa Panniel, Donald C. Panniel<br><br>Debtors. | Adv. No.:<br><br>Hearing Date: 9/11/19 @ 9:00 a.m.<br><br>Judge: Michael B. Kaplan |

### ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: September 3, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtors: Melissa Panniel, Donald C. Panniel
Case No: 16-19302 MBK
Caption of Order: ORDER CURING POST PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

___

  This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 43 Sherbrooke Road, Ewing Twp., NJ 08638, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Candyce Ilene Smith-Sklar, Esq., attorney for Debtor, and for good cause having been shown

  It is **ORDERED, ADJUDGED and DECREED** that as of August 14, 2019, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due February 2019 through August 2019 for a total post-petition default of $14,511.95 (4 AO @ $612.66; 7 @ $1,737.89, $103.92 less suspense); and

  It is **ORDERED, ADJUDGED and DECREED** that the debtor will make a lump sum payment of $4,000.00 by August 31, 2019; and

  It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $10,511.95 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

  It is **ORDERED, ADJUDGED and DECREED** that the debtor shall file a modified plan within twenty days of this order; and

  It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2019, directly to Secured Creditor care of its servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

  It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

  It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtors:  Melissa Panniel, Donald C. Panniel
Case No:  16-19302 MBK
Caption of Order:  ORDER CURING POST PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Melissa Panniel  
    Debtor

Case No. 16-19302-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Sep 05, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db            +Melissa Panniel,   43 Sherbrooke Road,   Ewing, NJ 08638-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:  
           Albert   Russo    docs@russotrustee.com  
           Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
            alex@winstonandwinston.com  
           Andrew L. Spivack    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for  
            GSMPS Mortgage Loan Trust 2005-RP1 nj.bkecf@fedphe.com  
           Candyce Ilene Smith-Sklar    on behalf of Debtor Melissa  Panniel mail@njpalaw.com,  
            r56958@notify.bestcase.com  
           Charles G. Wohlrab    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for  
            GSMPS Mortgage Loan Trust 2005-RP1 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com  
           Craig Scott Keiser    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for  
            GSMPS Mortgage Loan Trust 2005-RP1 craig.keiser@law.njoag.gov  
           Craig Scott Keiser    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR  
            GSMPS MORTGAGE LOAN TRUST 2005-RP1 craig.keiser@law.njoag.gov  
           James Patrick Shay    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for  
            GSMPS Mortgage Loan Trust 2005-RP1 jpshay@mdwcg.com,   jpshay@gmail.com  
           John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,  
            mortoncraigecf@gmail.com  
           Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee  
            for GSMPS Mortgage Loan Trust 2005-RP1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE  
            FOR GSMPS MORTGAGE LOAN TRUST 2005-RP1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Robert  Davidow    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for  
            GSMPS Mortgage Loan Trust 2005-RP1 nj.bkecf@fedphe.com  
                                                                                                                                                                                                                                                  TOTAL: 13