Law Offices of Sklar Smith-Sklar
1901 N. Olden Avenue, Suite 22
Ewing, NJ 08618
(609) 882-9800   Fax: (609) 538-1399
Candyce I. Smith-Sklar, Esq.
**Attorney for Debtor, Melissa Panniel**

Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**In the Matter of**:                    }
                                          }   Case No. 16-19302-MBK
Melissa Panniel                           }
                                          }   Chapter 13
                                          }
                                          }
**Debtor(s)**                             }

# ORDER PURSUANT TO
# APPLICATION SEEKING ALLOWANCES FOR SERVICES RENDERED

The relief set forth on the following pages, numbered (2) through (2) is hereby **ORDERED.**

**DATED: November 7, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

1

The attorney for the Debtor having filed an application for allowances for services rendered in this Chapter 13 hereby requests an Order granting compensation for services rendered.

It is hereby ORDERED AND DIRECTED that Debtor's attorney request for services is hereby GRANTED pursuant to 11 U.S.C. §503(b)(2) or §503(b)(4) in the amount of **$1,000.00** to be paid through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Melissa Panniel  
       Debtor

Case No. 16-19302-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 07, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.  
db            +Melissa Panniel,    43 Sherbrooke Road,    Ewing, NJ 08638-2416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
          Aleksander Piotr Powietrzynski    on behalf of Creditor     JPMORGAN CHASE BANK, N.A.  
           alex@winstonandwinston.com  
          Andrew L. Spivack    on behalf of Creditor     HSBC Bank USA, National Association as Trustee for  GSMPS Mortgage Loan Trust 2005-RP1 nj.bkecf@fedphe.com  
          Candyce Ilene Smith-Sklar    on behalf of Debtor Melissa   Panniel mail@njpalaw.com,  
           r56958@notify.bestcase.com  
          Charles G. Wohlrab    on behalf of Creditor     HSBC Bank USA, National Association as Trustee for  GSMPS Mortgage Loan Trust 2005-RP1 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com  
          Craig Scott Keiser    on behalf of Creditor     HSBC Bank USA, National Association as Trustee for  GSMPS Mortgage Loan Trust 2005-RP1 craig.keiser@law.njoag.gov  
          Craig Scott Keiser    on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR  GSMPS MORTGAGE LOAN TRUST 2005-RP1 craig.keiser@law.njoag.gov  
          James Patrick Shay    on behalf of Creditor     HSBC Bank USA, National Association as Trustee for  GSMPS Mortgage Loan Trust 2005-RP1 jpshay@mdwcg.com,   jpshay@gmail.com  
          John R. Morton, Jr.    on behalf of Creditor     Santander Consumer USA Inc. ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
          Kevin Gordon McDonald    on behalf of Creditor     HSBC Bank USA, National Association as Trustee  for GSMPS Mortgage Loan Trust 2005-RP1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald    on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE  FOR GSMPS MORTGAGE LOAN TRUST 2005-RP1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Robert   Davidow    on behalf of Creditor     HSBC Bank USA, National Association as Trustee for  GSMPS Mortgage Loan Trust 2005-RP1 nj.bkecf@fedphe.com  
                                                                                                                              TOTAL: 13