Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16−19302−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Melissa Panniel
   43 Sherbrooke Road
   Ewing, NJ 08638

Social Security No.:
   xxx−xx−8681

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 2, 2019.

On April 12, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           May 19, 2020
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 14, 2020
JAN: mmf

                                                            Jeanne Naughton
                                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 16-19302-MBK
Melissa Panniel                                                 Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Apr 14, 2020
                              Form ID: 185             Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db             +Melissa Panniel,    43 Sherbrooke Road,    Ewing, NJ 08638-2416
aty            +Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, NJ 19103-1814
cr             +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,    750 Third Avenue, Suite 923,
                 New York, NY 10017-2703
516387236       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
516174070       Chase Auto,    P.O. Box 901003,    Columbus, OH 43224
516174071      +Chase Mtg,    Po Box 24696,   Columbus, OH 43224-0696
516174072      +Dsnb Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
516405145       HSBC BANK USA, NATIONAL ASSOCIATION AS TRU, ET AL.,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
518466461      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516243093       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,    P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
516174073      +N J L,   225 E State St Ste 1,    Trenton, NJ 08608-1800
516228341       Santander Consumer USA,    Attn: Bankruptcy Dept.,    PO Box 560284,    Dallas, TX 75356-0284
516174075      +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
516174076      +Shapiro & DeNardo, LLC,    14000 Commerce Parkway, Suite B,    Mount Laurel, NJ 08054-2242
518133278      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518133279      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516174077      +Transnatl,    1162 St Georges Av,    Avenel, NJ 07001-1263
516252381       US Department of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
516174078      +Us Dept Of Ed/glelsi,    Po Box 7860,   Madison, WI 53707-7860
517384006       Wells Fargo Bank, N.A.,    Default Document Processing,    Mac# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN  55121-7700
516174080      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 15 2020 01:33:12      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 15 2020 01:33:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516301949       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 15 2020 01:41:44
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516245128       E-mail/Text: bk.notifications@jpmchase.com Apr 15 2020 01:32:43      JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ  85038-9505
516174079      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 15 2020 01:31:04
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516174074        N J L & P S Credit Un
lm*            +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
cr             ##+Santander Consumer USA Inc.,    8585 N. Stemmons Fwy.,    Ste 1100-N,    Dallas, TX 75247-3822
516174069      ##+Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
                                                                                    TOTALS: 1, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 14, 2020
                              Form ID: 185             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
              Albert    Russo      on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo      docs@russotrustee.com
              Aleksander Piotr Powietrzynski     on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Andrew L. Spivack     on behalf of Creditor     HSBC Bank USA, National Association as Trustee for
               GSMPS Mortgage Loan Trust 2005-RP1 nj.bkecf@fedphe.com
              Candyce Ilene Smith-Sklar     on behalf of Debtor Melissa   Panniel mail@njpalaw.com,
               r56958@notify.bestcase.com
              Charles G. Wohlrab     on behalf of Creditor     HSBC Bank USA, National Association as Trustee for
               GSMPS Mortgage Loan Trust 2005-RP1 cwohlrab@LOGS.com,   njbankruptcynotifications@logs.com
              Craig Scott Keiser     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               GSMPS MORTGAGE LOAN TRUST 2005-RP1 craig.keiser@law.njoag.gov
              Craig Scott Keiser     on behalf of Creditor     HSBC Bank USA, National Association as Trustee for
               GSMPS Mortgage Loan Trust 2005-RP1 craig.keiser@law.njoag.gov
              James Patrick Shay     on behalf of Creditor     HSBC Bank USA, National Association as Trustee for
               GSMPS Mortgage Loan Trust 2005-RP1 shay@bbs-law.com,   jpshay@gmail.com
              John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Kevin Gordon McDonald     on behalf of Creditor     HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE
               FOR GSMPS MORTGAGE LOAN TRUST 2005-RP1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor     HSBC Bank USA, National Association as Trustee
               for GSMPS Mortgage Loan Trust 2005-RP1 kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Robert   Davidow     on behalf of Creditor     HSBC Bank USA, National Association as Trustee for
               GSMPS Mortgage Loan Trust 2005-RP1 nj.bkecf@fedphe.com
                                                                                             TOTAL: 13
```