Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  16−19302−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Melissa Panniel
  43 Sherbrooke Road
  Ewing, NJ 08638
Social Security No.:
  xxx−xx−8681
Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/13/22.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 13, 2022
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 16-19302-MBK

Melissa Panniel                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 3

Date Rcvd: Apr 13, 2022                       Form ID: 148                              Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Melissa Panniel, 43 Sherbrooke Road, Ewing, NJ 08638-2416 |
| aty | + | Phelan Hallinan Diamond & Jones, 1617 JFK Boulevard, Suite 1400, Philadelphia, NJ 19103-1814 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 750 Third Avenue, Suite 923, New York, NY 10017-2703 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 516174070 | | Chase Auto, P.O. Box 901003, Columbus, OH 43224 |
| 516405145 | #+ | HSBC BANK USA, NATIONAL ASSOCIATION AS TRU, ET AL., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 518466461 | + | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 516174073 | + | N J L, 225 E State St Ste 1, Trenton, NJ 08608-1800 |
| 516174076 | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Suite B, Mount Laurel, NJ 08054-2242 |
| 518133278 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518133279 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 516174077 | + | Transnatl, 1162 St Georges Av, Avenel, NJ 07001-1263 |
| 516252381 | | US Department of Education, Claims Filing Unit, PO Box 8973, Madison, WI 53708-8973 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2022 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2022 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: DRIV.COM | Apr 14 2022 00:23:00 | Santander Consumer USA Inc., 8585 N. Stemmons Fwy., Ste 1100-N, Dallas, TX 75247-3822 |
| 516174069 | + | EDI: AAEO.COM | Apr 14 2022 00:23:00 | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 516387236 | | EDI: DIRECTV.COM | Apr 14 2022 00:23:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 516301949 | | EDI: AIS.COM | Apr 14 2022 00:23:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 516174072 | + | EDI: CITICORP.COM | Apr 14 2022 00:23:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 516174071 | | EDI: JPMORGANCHASE | Apr 14 2022 00:23:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 516243093 | | EDI: JPMORGANCHASE | Apr 14 2022 00:23:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX |

District/off: 0312-3                                    User: admin                                    Page 2 of 3

Date Rcvd: Apr 13, 2022                                Form ID: 148                                Total Noticed: 30

| | | | | 76101-2032 |
|---|---|---|---|---|
| 516245128 | | EDI: JPMORGANCHASE | | |
| | | | Apr 14 2022 00:23:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 516228341 | | EDI: DRIV.COM | | |
| | | | Apr 14 2022 00:23:00 | Santander Consumer USA, Attn: Bankruptcy Dept., PO Box 560284, Dallas, TX 75356-0284 |
| 516174075 | + | EDI: DRIV.COM | | |
| | | | Apr 14 2022 00:23:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 516174078 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | | Apr 13 2022 20:20:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |
| 516174079 | + | EDI: VERIZONCOMB.COM | | |
| | | | Apr 14 2022 00:23:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 517384006 | + | EDI: WFFC.COM | | |
| | | | Apr 14 2022 00:23:00 | Wells Fargo Bank, N.A., Default Document Processing, Mac# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 516174080 | + | EDI: WFFC.COM | | |
| | | | Apr 14 2022 00:23:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516174074 | | N J L & P S Credit Un |
| lm | *+ | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2022                    Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Melissa Panniel mail@njpalaw.com  r56958@notify.bestcase.com |

District/off: 0312-3                User: admin                Page 3 of 3

Date Rcvd: Apr 13, 2022             Form ID: 148                Total Noticed: 30

Craig Scott Keiser

     on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2005-RP1 craig.keiser@law.njoag.gov

Craig Scott Keiser

     on behalf of Creditor HSBC Bank USA  National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 craig.keiser@law.njoag.gov

Elizabeth L. Wassall

     on behalf of Creditor HSBC Bank USA  National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Gavin Stewart

     on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

James Patrick Shay

     on behalf of Creditor HSBC Bank USA  National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 shay@bbs-law.com, jpshay@gmail.com

John R. Morton, Jr.

     on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kevin Gordon McDonald

     on behalf of Creditor HSBC Bank USA  NATIONAL ASSOCIATION AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2005-RP1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald

     on behalf of Creditor HSBC Bank USA  National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

TOTAL: 12